UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,                    CRIMINAL NO. 26-30361

               Plaintiff                    Original District No. 5:19-CR-95-DCR-1

v.

**MAURICE TERRELL LOVE,**

            Defendant.

_____/

## GOVERNMENT'S PETITION FOR TRANSFER
## OF DEFENDANT TO ANOTHER DISTRICT AND SUPPORTING BRIEF

Pursuant to Rule 32.1 of the Federal Rules of Criminal Procedure, the United States of America hereby petitions the Court for an order transferring defendant, **MAURICE TERRELL LOVE** to answer to supervised release violation allegations pending in another federal district, and states:

1.   On **June 15, 2026**, defendant was arrested in the Eastern District of Michigan in connection with a federal arrest warrant issued in the **Eastern District of Kentucky, based on a Violation.**   Defendant is charged in that district with a violation regarding a **Supervised Release.**

2.   Rule 32.1 requires this Court to determine whether defendant is the person named in the arrest warrant and is entitled to a preliminary hearing as described in Rule 32.1(b)(1).

WHEREFORE, the government requests this Court to conduct transfer proceedings in accordance with Rule 32.1 of the Federal Rules of Criminal Procedure.

Respectfully submitted

JEROME F. GORGON JR.
United States Attorney


s/Andrea Hutting
Assistant U.S. Attorney
211 W. Fort Street, Ste 2001
Detroit, Michigan 48226
Andrea.hutting@usdoj.gov
313-226-9100

Dated: June 15, 2026